UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL ERVIN, | No. 2:20-cv-01460-KJN |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff filed a social security complaint on July 20, 2020. (ECF No. 1.) On July 21, 2020, the court issued an order instructing all parties, within 90 days, to complete and return the form consenting to proceed before the undersigned magistrate judge under 28 U.S.C. § 636(c) or requesting reassignment to a district judge. (ECF No. 3.) On October 5, 2020, the court clarified with plaintiff that she could serve the complaint on the Commissioner (if it had not already been served), but that after service, this action would be stayed pursuant to General Order 615. (ECF No. 4.) Seven months have passed, and plaintiff has neither filed a proof of service of the complaint and summons on defendant, nor a consent-or-reassignment form. Nor has the Commissioner entered an appearance. This strongly suggests plaintiff has yet to serve process.

Federal Rule of Civil Procedure 4(m) provides, in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order

1

that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Further, Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Considering these missed deadlines, IT IS HEREBY ORDERED that:

1. Within 14 days of the entry of this order, plaintiff shall show cause in writing why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for lack of service, and why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 110 for failure to prosecute and failure to comply with the court's previous orders; and

2. Plaintiff's timely filing of a proof of service upon the Commissioner, and a timely filing of the consent/reassignment request form will be deemed good cause shown.

Dated:  February 24, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ervi.1460

2